In the Matter of the Judicial Settlement of the Account of Proceedings of BANK OF NEW YORK AND TRUST COMPANY, as Executor, etc., of RICHARD W. GELDART, Deceased, etc. EMMA T. GELDART, etc., Appellant.— Motion to dismiss appeal denied, and appellant given thirty days' time in which to file a bond if the

respondent elect to require such bond. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.